| United States Bankruptcy Court<br>**Eastern District of Wisconsin** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BT Mokler Properties, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**39-2016953** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**110 Cimarron Ct.**<br>**Oshkosh, WI**<br><br>ZIP Code **54901** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☒<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☒<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☒<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BT Mokler Properties, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

               _____<br>               (Name of landlord that obtained judgment)

               _____<br>               (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **BT Mokler Properties, LLC** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

**X** **/s/ Leonard G. Leverson**_____
Signature of Attorney for Debtor(s)

**Leonard G. Leverson**
Printed Name of Attorney for Debtor(s)

**Leverson & Metz S.C.**
Firm Name

**225 East Mason Street**
**Suite 100**
**Milwaukee, WI 53202-3638**

Address

**(414) 271-8503  Fax: (414) 271-8504**
Telephone Number

**June 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Christopher J. Mokler**_____
Signature of Authorized Individual

**Christopher J. Mokler**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**June 22, 2011**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNANIMOUS CONSENT RESOLUTION OF BT MOKLER PROPERTIES, LLC

The undersigned, being all of the members of BT Mokler Properties, LLC, a limited liability company formed under the laws of the State of Wisconsin (the "Company"), hereby adopt and authorize the following resolutions pursuant to chapter 183 of the Wisconsin Statutes:

RESOLVED, that Christopher Mokler, as a member of the Company (the "Member") is hereby authorized, on behalf of and in the name of the Company, to execute all documents, papers and pleadings and to take all actions which the Manager in its sole discretion may deem necessary or appropriate to file a voluntary petition seeking relief under Chapter 11 of the United States Bankruptcy Code (the "Code").

RESOLVED FURTHER, that the Member hereby is authorized, on behalf of and in the name of the Company, is authorized, on behalf and in the name of the Company, to execute all documents, papers, and pleadings and to take all actions which he may deem necessary or appropriate to operate the business of the Company and to perform its duties as "debtor-in-possession" under Chapter 11, and to take any other actions that he may deem necessary or appropriate for the conduct and/or liquidation of such business or any portion thereof.

RESOLVED FURTHER, that Christopher Mokler, is authorized, on behalf and in the name of the Company, to retain the services of Leverson & Metz S.C. as bankruptcy counsel for all matters connected with the commencement and conduct of the Chapter 11 proceedings, and all matters related thereto, subject to the approval of the Bankruptcy Court.

Dated this 20th day of June, 2011.


BY _____
Christopher J. Mokler, Member

BY _____
Michael J. Mokler, Member

BY _____
Sarah E. Laning, Member

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **BT Mokler Properties, LLC**                                    Case No. _____
                                           Debtor(s)                   Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Baker Tilly Virchow Krause, LLP**<br>**2201 E. Enterprise Avenue**<br>**Suite 100**<br>**Appleton, WI 54911** | **Baker Tilly Virchow Krause, LLP**<br>**2201 E. Enterprise Avenue**<br>**Suite 100**<br>**Appleton, WI 54911**<br>**920-733-6022** | **For services rendered** | | **Unknown** |
| **Ben Ruedinger**<br>**155 B. Cinnamon Court**<br>**Oshkosh, WI 54902** | **Ben Ruedinger**<br>**155 B. Cinnamon Court**<br>**Oshkosh, WI 54902** | **Wages** | | **Unknown** |
| **Duke Schneider**<br>**3001 Gridley Court**<br>**Las Vegas, NV 89134** | **R. Duke Schneider**<br>**Duke Schneider**<br>**3001 Gridley Court**<br>**Las Vegas, NV 89134**<br>**702-233-8456** | **Promissory note** | | **150,000.00** |
| **Floor Quest**<br>**300 S. Koeller Street**<br>**Oshkosh, WI 54902** | **Floor Quest**<br>**300 S. Koeller Street**<br>**Oshkosh, WI 54902**<br>**920-651-1582** | **Carpeting & installation** | | **4,000.00** |
| **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19114-7346** | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19114-7346** | **Payroll taxes** | | **Unknown** |
| **Internal Revenue Service**<br>**Attn: Laurie Downs**<br>**Office of District Counsel**<br>**211 West Wisconsin Avenue**<br>**Milwaukee, WI 53203** | **Internal Revenue Service**<br>**Attn: Laurie Downs**<br>**Office of District Counsel**<br>**Milwaukee, WI 53203** | **Payroll taxes** | | **Unknown** |
| **Julius Levian**<br>**534 Oakcrest Dr.**<br>**Oshkosh, WI 54904** | **Julius Levian**<br>**534 Oakcrest Dr.**<br>**Oshkosh, WI 54904** | **Wages** | | **Unknown** |
| **Kitz & Pheil True Value Hardware**<br>**427 N. Main Street**<br>**Oshkosh, WI 54901** | **Kitz & Pheil True Value Hardware**<br>**427 N. Main Street**<br>**Oshkosh, WI 54901**<br>**920-236-3348** | **For goods sold** | | **6,750.00** |
| **Laura Murphy**<br>**731 Bowen St.**<br>**Oshkosh, WI 54901** | **Laura Murphy**<br>**731 Bowen St.**<br>**Oshkosh, WI 54901** | **Wages** | | **Unknown** |

In re  **BT Mokler Properties, LLC** _____  Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **M&I Bank**<br>**770 N. Water St.**<br>**Milwaukee, WI 53202** | **Bob Young**<br>**M&I Bank**<br>**770 N. Water St.**<br>**Milwaukee, WI 53202**<br>**920-236-5300** | **720 W. Lincoln Ave.**<br>**645 Frederick St.**<br>**735 Wisconsin St.** | | **282,125.94**<br><br>**(177,000.00 secured)** |
| **M&I Bank**<br>**770 N. Water St.**<br>**Milwaukee, WI 53202** | **Bob Young**<br>**M&I Bank**<br>**770 N. Water St.**<br>**Milwaukee, WI 53202**<br>**920-236-5300** | **303-307 W. 9th St.**<br>**1875-95 S. Main St.**<br>**1012-20 Tyler St.** | | **424,542.16**<br><br>**(368,000.00 secured)** |
| **O'Neill Enterprises**<br>**522 W. 6th Street**<br>**Oshkosh, WI 54902** | **O'Neill Enterprises**<br>**522 W. 6th Street**<br>**Oshkosh, WI 54902**<br>**920-230-2008** | **For services rendered** | | **1,000.00** |
| **R. Duke Schneider**<br>**3001 Gridley Court**<br>**Las Vegas, NV 89134** | **R. Duke Schneider**<br>**3001 Gridley Court**<br>**Las Vegas, NV 89134**<br>**702-233-8456** | **Promissory note** | | **51,207.81** |
| **Russ Reff**<br>**217 Ceape Avenue**<br>**Oshkosh, WI 54901** | **Russ Reff**<br>**217 Ceape Avenue**<br>**Oshkosh, WI 54901**<br>**RJR@reff-law.com** | **For services rendered** | | **2,000.00** |
| **Shaun Murphy**<br>**731 Bowen St.**<br>**Oshkosh, WI 54901** | **Shaun Murphy**<br>**731 Bowen St.**<br>**Oshkosh, WI 54901** | **Wages** | | **Unknown** |
| **Tom Keuler**<br>**402 Eureka St.**<br>**Ripon, WI 54971** | **Tom Keuler**<br>**402 Eureka St.**<br>**Ripon, WI 54971**<br>**920-748-8873** | **For services rendered** | | **5,000.00** |
| **Trident Properties, LLP**<br>**2060 Omro Road**<br>**Oshkosh, WI 54904** | **Norm Mueller**<br>**Trident Properties, LLP**<br>**2060 Omro Road**<br>**Oshkosh, WI 54904**<br>**920-231-2561** | **Promissory note** | | **289,608.69** |
| **Trident Properties, LLP**<br>**c/o Norm Mueller**<br>**2060 Omro Road**<br>**Oshkosh, WI 54904** | **Norm Mueller**<br>**Trident Properties, LLP**<br>**c/o Norm Mueller**<br>**2060 Omro Road**<br>**Oshkosh, WI 54904**<br>**920-231-2561** | **Promissory note** | | **74,273.00** |
| **Veolia Environment Services**<br>**P.O. Box 337**<br>**Omro, WI 54963** | **Veolia Environment Services**<br>**P.O. Box 337**<br>**Omro, WI 54963**<br>**920-685-6715** | **For services rendered** | | **2,000.00** |
| **Wisconsin Public Service**<br>**PO Box 19003**<br>**Green Bay, WI 54307-9003** | **Wisconsin Public Service**<br>**PO Box 19003**<br>**Green Bay, WI 54307-9003**<br>**800-722-1898** | **Utility service** | | **9,000.00** |

In re    **BT Mokler Properties, LLC**                                            Case No.                                      

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **June 22, 2011**                         Signature    **/s/ Christopher J. Mokler**

                                                               **Christopher J. Mokler**

                                                               **Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

Abbriyanna Hawthorne
520 High Ave.
Oshkosh, WI 54901

Adam Koepke
1014-A Wright St.
Oshkosh, WI 54901

Adam S. McClure
835 Merritt Ave.
#205
Oshkosh, WI 54901-3645

Alan M. Pries
1048 Greenwood Ct.
#4
Oshkosh, WI 54901

Amanda Pliss
751-A Woodland
Oshkosh, WI 54901

Amber Graeff
751 Woodland
Oshkosh, WI 54901

Anchor Bank
25 W. Main St.
Madison, WI 53703

Andrea Falk
1020 Tyler Ave.
Oshkosh, WI 54902

Andreena M. Penoske
1065 Greenwood Ct.
#8
Oshkosh, WI 54901

Andrew J. Neuburg
1048 Greenwood Ct.
#6
Oshkosh, WI 54901

Andrew P. Sitter
1048 Greenwood Ct.
#2
Oshkosh, WI 54901

Anna Spears
614 W. Main St.
#6
Winneconne, WI 54986

Annette Gaul
1014-A Wright St.
Oshkosh, WI 54901

Areanna C. Williams
1117-A W. New York Ave.
Oshkosh, WI 54901

Ashley M. Brandenstein
835 Merritt Ave.
#205
Oshkosh, WI 54901-3645

Ashley Miracle
1048 Greenwood Ct.
#3
Oshkosh, WI 54901

Associated Bank
1200 Hansen Road
Green Bay, WI 54304

Awet Matiang Bol
27 W. 11th
Oshkosh, WI 54901-3645

Baker Tilly Virchow Krause, LLP
2201 E. Enterprise Avenue
Suite 100
Appleton, WI 54911

Barbara J. Fisher
1046 Greenwood Ct.
#8
Oshkosh, WI 54901

Ben Boyd
506 Van Dyke
Ripon, WI 54971

Ben Ruedinger
155 B. Cinnamon Court
Oshkosh, WI 54902

Brenda S. (Depies) Meden
1225 W. South Park Ave.
Oshkosh, WI 54902

Brian Andersen (Subtenant)
818 Woodland Ave.
Oshkosh, WI 54901

Bridget Legrave
720 W. Lincoln
Oshkosh, WI 54901

Brittany Fontana
1040 Greenwood Ct.
Oshkosh, WI 54901

Broderick Rew
608 W. Main St.
#3
Winneconne, WI 54986

Bruce Schmiedel
835 Merritt Ave.
#208
Oshkosh, WI 54901-3645

Bruce T. Bowman
814-B Frederick St.
Oshkosh, WI 54901

Bryant Hawthorne
520 High Ave.
Oshkosh, WI 54901

Calvin Finster
426 Ransom St.
#C
Ripon, WI 54971

Cary A. Hook
608 W. Main St.
#1
Winneconne, WI 54986

Chad Heisler
614 W. Main St.
#3
Winneconne, WI 54986

Charles S. Corrigan
1012-A Tyler Ave.
Oshkosh, WI 54902

Christopher D. Johnson
1067 Greenwood Ct.
#5
Oshkosh, WI 54901

Christopher D. Niemela
814-E Frederick St.
Oshkosh, WI 54901

Christopher Joubert
303 Sweet St.
Oshkosh, WI 54901-3645

City of Oshkosh
PO Box 1128
Oshkosh, WI 54901

City of Ripon
100 Jackson St.
Ripon, WI 54971

Cody Davies
835 Merritt Ave.
#103
Oshkosh, WI 54901-3645

Cory A. Witty
1875 S. Main St.
Oshkosh, WI 54902

Cory Flaminio
835 Merritt Ave.
#104
Oshkosh, WI 54901-3645

Danial C. Hanson
426 Ransom St.
#A
Ripon, WI 54971

Daniel Barrett
1893 S. Main St.
Oshkosh, WI 54902

Daniel Eldridge
1046 Greenwood Ct.
#9
Oshkosh, WI 54901

Daniel G. Reader
818 Woodland Ave.
Oshkosh, WI 54901

Danielle Wright-Ward
751 Woodland
Oshkosh, WI 54901

David J. Schmitz
814-F Frederick St.
Oshkosh, WI 54901

David Jacobe
835 Merritt Ave.
#111
Oshkosh, WI 54901-3645

David L. Buechel
835 Merritt Ave.
#107
Oshkosh, WI 54901-3645

Deana Lessor
814-A Frederick St.
Oshkosh, WI 54901

Deanna L. Williams
1117-A W. New York Ave.
Oshkosh, WI 54901

Debbie T. Ratcliff
1067 Greenwood Ct.
#6
Oshkosh, WI 54901

Deborah Belleau
309 Washington
#2
Oshkosh, WI 54901

Deborah D. Krause (Co-Signer)
835 Merritt Ave.
#206
Oshkosh, WI 54901-3645

Dina A. Schobat (Bintzler)
1067 Greenwood Ct.
#2
Oshkosh, WI 54901

Donna Binder
835 Merritt Ave.
#209
Oshkosh, WI 54901-3645

Donna S. Graves
1046 Greenwood Ct.
#10
Oshkosh, WI 54901

Duke Schneider
3001 Gridley Court
Las Vegas, NV 89134

Edith E. Liera
1875 S. Main St.
Oshkosh, WI 54902

Eileen M. Van Gemert
735 Wisconsin
Oshkosh, WI 54901

Elizabeth E. Schrader
614 W. Main St.
#5
Winneconne, WI 54986

Elizabeth Malewski
645 Frederick
Oshkosh, WI 54901

Elizabeth Pentz
1067 Greenwood Ct.
#1
Oshkosh, WI 54901

Erin E. Zarter
1048 Greenwood Ct.
#5
Oshkosh, WI 54901

Floor Quest
300 S. Koeller Street
Oshkosh, WI 54902

Fond du Lac County
City County Government Building
160 S. Macy St.
Fond Du Lac, WI 54935

Garrett L. Krause, II
835 Merritt Ave.
#206
Oshkosh, WI 54901-3645

Gary Flick
1931 Mt. Vernon
Oshkosh, WI 54901

George Crowley
614 W. Main St.
#8
Winneconne, WI 54986

Gerald E. Van Gemert
735 Wisconsin
Oshkosh, WI 54901

Glenn Malewski
645 Frederick
Oshkosh, WI 54901

Griselle Hawthorne
520 High Ave.
Oshkosh, WI 54901

Haley Lowney
820 Wright
Oshkosh, WI 54901

Heather Copenhaver
307 W. 9th Ave.
Oshkosh, WI 54902

Heather M. Mathais
1227 W. South Park Ave.
Oshkosh, WI 54902

Horicon State Bank
400 Watson Street
Ripon, WI 54971

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114-7346

Internal Revenue Service
Attn: Laurie Downs
Office of District Counsel
211 West Wisconsin Avenue
Milwaukee, WI 53203

Jack J. Dodd
614 W. Main St.
#5
Winneconne, WI 54986

Jacki Bravener
1067 Greenwood Ct.
#4
Oshkosh, WI 54901

Jackie Freund
820 Wright
Oshkosh, WI 54901

Jake Peterson
608 W. Main St.
#4
Winneconne, WI 54986

James Christman
608 W. Main St.
#2
Winneconne, WI 54986

James George
614 W. Main St.
#6
Winneconne, WI 54986

Janice A. Mason
1042 Greenwood Ct.
Oshkosh, WI 54901

Jason Capece
1046 Greenwood Ct.
#12
Oshkosh, WI 54901

Jason Hertel
835 Merritt Ave.
#102
Oshkosh, WI 54901-3645

Jason R. Jacobs
1048 Greenwood Ct.
#5
Oshkosh, WI 54901

Jeffery A. Kasten
417 E. Lincoln
Oshkosh, WI 54901-3645

Jeneva Nerge
720 W. Lincoln
Oshkosh, WI 54901

Jennifer Baumann
835 Merritt Ave.
#212
Oshkosh, WI 54901-3645

Jennifer Betts
820-C Frederick St.
Oshkosh, WI 54901

Jerald Brewer
614 W. Main St.
#1
Winneconne, WI 54986

Jeremy J. Barnes
1067 Greenwood Ct.
#6
Oshkosh, WI 54901

Jeremy R. Schobat
1067 Greenwood Ct.
#2
Oshkosh, WI 54901

Jeremy T. Beining
814-D Frederick St.
Oshkosh, WI 54901

Jeremy Wagner
818 Woodland Ave.
Oshkosh, WI 54901

Jessica Quinn
1012-B Tyler Ave.
Oshkosh, WI 54902

Jessie Gleason
1067 Greenwood Ct.
#3
Oshkosh, WI 54901

Jimmy L. Krug
835 Merritt Ave.
#112
Oshkosh, WI 54901-3645

Joel D. Williams
1065 Greenwood Ct.
#12
Oshkosh, WI 54901

Joey R. VanOuse
1931 Mt. Vernon
Oshkosh, WI 54901

John Grassi
814-A Frederick St.
Oshkosh, WI 54901

John P. Boushon
1893 S. Main St.
Oshkosh, WI 54902

John Taphorn
1065 Greenwood Ct.
#11
Oshkosh, WI 54901

Jonathan R. Rahmlow
1117-A W. New York Ave.
Oshkosh, WI 54901

Jordan Wuest
820 Wright
Oshkosh, WI 54901

Joseph J. Boedecker
506 Van Dyke
Ripon, WI 54971

Joshua Avergonzado (Co-Signer)
835 Merritt Ave.
#210
Oshkosh, WI 54901-3645

Joshua Schmiedel
835 Merritt Ave.
#208
Oshkosh, WI 54901-3645

Josie Wilson
835 Merritt Ave.
#210
Oshkosh, WI 54901-3645

Julius Levian
534 Oakcrest Dr.
Oshkosh, WI 54904

Justin A. Thomas
820-F Frederick St.
Oshkosh, WI 54901

Justin W. Mathais
1227 W. South Park Ave.
Oshkosh, WI 54902

Kalvan Suprise
614 W. Main St.
#4
Winneconne, WI 54986

Kara J. Hodgson
1067 Greenwood Ct.
#5
Oshkosh, WI 54901

Karl N. Stahl
820-D Frederick St.
Oshkosh, WI 54901

Kasondra L. Glenn
1012-B Tyler Ave.
Oshkosh, WI 54902

Katerina E. Youngberg
506 Van Dyke
Ripon, WI 54971

Katherine Fisher
1046 Greenwood Ct.
#8
Oshkosh, WI 54901

Katherine Garcia
751 Woodland
Oshkosh, WI 54901

Katherine M. Kasten
417 E. Lincoln
Oshkosh, WI 54901-3645

Kathleen K. Conner
820-E Frederick St.
Oshkosh, WI 54901

Kathleen Lynch
814-B Frederick St.
Oshkosh, WI 54901

Kathryn Mathe
307 W. 9th Ave.
Oshkosh, WI 54902

Katie Godsell
751-A Woodland
Oshkosh, WI 54901

Keshia Jackson
751 Woodland
Oshkosh, WI 54901

Kevin Cutter
818 Woodland Ave.
Oshkosh, WI 54901

Kimberly Barth
1014 Wright St.
Oshkosh, WI 54901

Kimberly Corrigan
1012-A Tyler Ave.
Oshkosh, WI 54902

Kitz & Pheil True Value Hardware
427 N. Main Street
Oshkosh, WI 54901

Kristi Knudsen
835 Merritt Ave.
#110
Oshkosh, WI 54901-3645

Kristi Smet
720 W. Lincoln
Oshkosh, WI 54901

Kristin M. Ulrich
1895 S. Main St.
Oshkosh, WI 54902

Larry Turner
1016 Tyler Ave.
Oshkosh, WI 54902

Laura Murphy
731 Bowen St.
Oshkosh, WI 54901

Laura Scudiero
1065 Greenwood Ct.
#7
Oshkosh, WI 54901

Laurie Weber
1336 Reed St.
Oshkosh, WI 54901-3645

LaVerne Pomplun
820-A Frederick St.
Oshkosh, WI 54901

Lisa Talley
426 Ransom St.
#B
Ripon, WI 54971

Lori J. Pries
1048 Greenwood Ct.
#4
Oshkosh, WI 54901

Lucas Schmidt
835 Merritt Ave.
#201
Oshkosh, WI 54901-3645

Lynn M. DeGroot
1123 W. New York Ave.
Oshkosh, WI 54901

M&I Bank
770 N. Water St.
Milwaukee, WI 53202

Marlena King
1046 Greenwood Ct.
#7
Oshkosh, WI 54901

Martina Hunsinger
814-C Frederick St.
Oshkosh, WI 54901

Mary E. Kilpin
1048 Greenwood Ct.
#1
Oshkosh, WI 54901

MaryLee H. Crook
614 W. Main St.
#7
Winneconne, WI 54986

Matthew Marklevitz
608 W. Main St.
#7
Winneconne, WI 54986

Megan L. Straveler
835 Merritt Ave.
#207
Oshkosh, WI 54901-3645

Megan M. Sauld
1048 Greenwood Ct.
#2
Oshkosh, WI 54901

Megan Wegner
1012-B Tyler Ave.
Oshkosh, WI 54902

Melinda S. Pickart
309 Washington
#4
Oshkosh, WI 54901

Melissa Berryman
309 Washington
#8
Oshkosh, WI 54901

Melissa K. Williams
1065 Greenwood Ct.
#12
Oshkosh, WI 54901

Michael A. Elliott
818 Woodland Ave.
Oshkosh, WI 54901

Michael Gamble
1040 Greenwood Ct.
Oshkosh, WI 54901

Michael Kozak
835 Merritt Ave.
#105
Oshkosh, WI 54901-3645

Michelle Wright
309 Washington
#7
Oshkosh, WI 54901

Mike A. Loehrke
608 W. Main St.
#5
Winneconne, WI 54986

Miles Weber Reek
1014 Wright St.
Oshkosh, WI 54901

Monica Jarrett
820-F Frederick St.
Oshkosh, WI 54901

Morgan Donovan
820 Wright
Oshkosh, WI 54901

Nancy Hook (POA)
608 W. Main St.
#1
Winneconne, WI 54986

Nicholas D. Baker
506 Van Dyke
Ripon, WI 54971

Nicole A. Daly
614 W. Main St.
#2
Winneconne, WI 54986

Noelle Douglas
720 W. Lincoln
Oshkosh, WI 54901

O'Neill Enterprises
522 W. 6th Street
Oshkosh, WI 54902

Paula M. Macho
835 Merritt Ave.
#211
Oshkosh, WI 54901-3645

Peter Andrysczyk
1046 Greenwood Ct.
#11
Oshkosh, WI 54901

R. Duke Schneider
3001 Gridley Court
Las Vegas, NV 89134

Rachel M. Pressley
1877 S. Main St.
Oshkosh, WI 54902

Rachel R. Kedell
614 W. Main St.
#4
Winneconne, WI 54986

Randi Kent
820-B Frederick St.
Oshkosh, WI 54901

Richard Rupprecht
1065 Greenwood Ct.
#10
Oshkosh, WI 54901

Richard Weber
1336 Reed St.
Oshkosh, WI 54901-3645

Robert Callies
608 W. Main St.
#8
Winneconne, WI 54986

Robert Frost
309 Washington
#1
Oshkosh, WI 54901

Roxann Tollard
1067 Greenwood Ct.
#3
Oshkosh, WI 54901

Ruby Alexander
835 Merritt Ave.
#106
Oshkosh, WI 54901-3645

Russ Reff
217 Ceape Avenue
Oshkosh, WI 54901

RuthAnn M. Kohlhoff
1040 Greenwood Ct.
Oshkosh, WI 54901

Ryan Corrigan
1012-A Tyler Ave.
Oshkosh, WI 54902

Ryan S. Fisher
1048 Greenwood Ct.
#6
Oshkosh, WI 54901

Sara J. Lentz
835 Merritt Ave.
#207
Oshkosh, WI 54901-3645

Sarah Frost
309 Washington
#1
Oshkosh, WI 54901

Sarah Sweeney
303 Sweet St.
Oshkosh, WI 54901-3645

Scott K. Reader
818 Woodland Ave.
Oshkosh, WI 54901

Scott Mulvey
309 Washington
#8
Oshkosh, WI 54901

Shaun Murphy
731 Bowen St.
Oshkosh, WI 54901

Stacey L. Henk
751-A Woodland
Oshkosh, WI 54901

Susan K. Reynolds
1065 Greenwood Ct.
#7
Oshkosh, WI 54901

Suzanne Salentine
835 Merritt Ave.
#204
Oshkosh, WI 54901-3645

Tara Denure
720 W. Lincoln
Oshkosh, WI 54901

Terrance Fletcher
835 Merritt Ave.
#204
Oshkosh, WI 54901-3645

Terry Hansen
426 Ransom St.
#B
Ripon, WI 54971

Thomas Genz
835 Merritt Ave.
#202
Oshkosh, WI 54901-3645

Thomas L. Passehl
835 Merritt Ave.
#112
Oshkosh, WI 54901-3645

Thomas Rosencranz
1046 Greenwood Ct.
#9
Oshkosh, WI 54901

Tina Linder
835 Merritt Ave.
#101
Oshkosh, WI 54901-3645

Todd R. Mauthe
835 Merritt Ave.
#108
Oshkosh, WI 54901-3645

Tom Keuler
402 Eureka St.
Ripon, WI 54971

Tom Rogers
326 Blackburn Street
Ripon, WI 54971

Toni Mrozinski
1046 Greenwood Ct.
#12
Oshkosh, WI 54901

Torshia M. Parks
522 High Avenue
Oshkosh, WI 54901

Travis Wiggs
835 Merritt Ave.
#109
Oshkosh, WI 54901-3645

Trident Properties, LLP
2060 Omro Road
Oshkosh, WI 54904

Trident Properties, LLP
c/o Norm Mueller
2060 Omro Road
Oshkosh, WI 54904

Urlando Ventura
835 Merritt Ave.
#108
Oshkosh, WI 54901-3645

US Bank, N.A.
777 E Wisconsin Ave
Milwaukee, WI 53202

Vallne M. Ours
614 W. Main St.
#8
Winneconne, WI 54986

Veolia Environment Services
P.O. Box 337
Omro, WI 54963

Wayne E. Schneider
309 Washington
#3
Oshkosh, WI 54901

WI Dept. of Workforce Development
Unemployment Comp. Division
PO Box 7945
Madison, WI 53707-7945

Winnebago County
415 Jackson St.
Oshkosh, WI 54901

Wisconsin Dept. of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

Wisconsin Dept. of Revenue
PO Box 8946
Madison, WI 53708-8946

```
Wisconsin Public Service
PO Box 19003
Green Bay, WI 54307-9003
```